UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
            :
ANGELA GROSS, *et al.*,                   :
            :
                          Plaintiffs,    :
            :          24-CV-8483 (VSB)
                  -against-               :
            :          **ORDER**
ZEBRA STRATEGIES, INC.,            :
            :
                          Defendant.    :
            :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs filed this action on November 7, 2024, (Doc. 1), and filed an affidavit of service on November 26, 2024 (Doc. 6). The deadline for Defendant to respond to Plaintiffs' complaint was December 2, 2024. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiffs, however, have taken no further action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 17, 2024. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 3, 2024
           New York, New York

                                                            _____
                                                             VERNON S. BRODERICK
                                                             United States District Judge